IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A 2015 CHEVROLET SILVERADO 1500 TRUCK, VIN 3GCUKPEC9FG443808, UTAH STATE LICENSE PLATE "T337DY," REGISTERED TO COLIN WALKER ANDERTON | Case No.  2:25mj111 CMR |

**SUPPLEMENTAL AFFIVADIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, William Stone, being first duly sworn, hereby depose and state as follows:

1. I hereby incorporate by reference my Affidavit in Support of Search Warrant, dated February 3, 2025, and provide the following supplemental information for the Court's consideration.

2. On February 5, 2025, federal law enforcement officers executed a search of Colin Walker Anderton's (ANDERTON) brown, 2015 Chevrolet Silverado 1500 pickup truck (VEHICLE), further described in Attachment A, pursuant to a search warrant issued by this Court on February 3, 2025, Case No. 2:25-mj-00092-CMR.

3. During the search of the VEHICLE, law enforcement officers found clothing and camping equipment reported stolen by visitors to federal public lands on or about January 17, 2025. The illicit nature of the items was readily apparent to law enforcement because they were found alongside tools believed to have been used to commit the fee tube thefts detailed in my Affidavit. Bureau of Land Management (BLM) Law Enforcement Ranger Cody S. Marsh previously obtained a search warrant to search a camping trailer for these and other stolen items on January 31, 2025, Case No. 2:25-mj-00083-DAO. I respectfully incorporate by reference Ranger Marsh's Affidavit, which discusses law enforcement efforts to identify suspect(s) involved in a spree of fee tube and related theft crimes on federal public lands near Moab, Utah. Specifically,

Ranger Marsh tracked victims' AirTag to a camping trailer in Moab, Utah, where he observed a stolen sleeping bag in plain view outside the trailer believed to be occupied by ANDERTON.

4. On February 5, 2025, federal and local law enforcement officers conducted a search of the trailer, finding evidence of occupancy by ANDERTON as well as additional stolen items. Then, as discussed, federal law enforcement officers searched the VEHICLE based on my Affidavit, finding items associated with fee tube thefts, as well as additional stolen items discussed in Ranger Marsh's Affidavit. Ranger Marsh took photographs of the items, including snow pants, jackets, and camping gear, which he shared with the victims. The victims confirmed that these were the items stolen from their campsite on or about January 17, 2025, which was located on federal public lands managed by BLM.

5. For the foregoing reasons, I respectfully submit there is there is probable cause to believe that violations of 43 C.F.R. § 8365.1-5(a)(1), Willfully Removing Personal Property, have been committed by ANDERTON. I submit that this affidavit supports probable cause for a warrant to search the vehicle described in Attachment A and seize the items described in Attachment B(II).

6. Based upon the provided information, I request that the Court issue the proposed search warrant.

Respectfully submitted,

/s/ *William Stone*
William Stone
United States Park Ranger
National Park Service

Subscribed and sworn to before me on  February 5  , 2025

*Cecilia M. Romero*
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### VEHICLE to be Searched

The VEHICLE to be searched is a brown 2015 Chevrolet Silverado 1500 with VIN 3GCUKPEC9FG443808, Utah State license plate of "T337DY." The VEHICLE is registered to Colin Walker Anderton (ANDERTON) and appears to be most routinely parked at a property located at 991 W 400 N in Moab, Utah.

*Figure 12 – Depicting ANDERTON's VEHICLE.*



## ATTACHMENT B(II)

### Property to be Seized

The following items are to be seized wherever they may be stored or found on the property and in any form that they may be stored or found on the property that constitute fruits, evidence, and/or instrumentalities of potential criminal offenses including, 43 C.F.R. § 8365.1-5(a)(1), Willfully Removing Personal Property:

1. All items taken from the Horsethief Camp on or about January 17, 2025, including:
    a. Purple/black sleeping bag;
    b. Yellow Marmot brand sleeping bag;
    c. Orange/black roof top cargo bag;
    d. Red blow up mattress;
    e. Teton brand green with plaid interior sleeping bag;
    f. Heys brand carry on black suit case;
    g. Black snow bibs;
    h. Silver metal table; and
    i. Miscellaneous clothing, including a brown skirt, black/white winter jacket, neon green snow pants, Nemo brand neon green/dark green sleeping bag, tan colored jacket with floral print, white snow pants with black lines, orange outdoor pants with reinforced black knees, orange snow jacket, purple/tan sweatpants, neon shirt that says "BSA Troop 112," pink shirt that says "Scouts of Taiwan," and a black shirt that says "Adventures on the Gorge."